IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DOMINIC JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>MISO, INC. doing business as<br>Balboa, and DONG MINH "STEVE"<br>SUH,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:17-CV-790-MHC |

## ORDER

This matter is before the Court on the parties' Joint Motion for Approval of Settlement Agreement [Doc. 26] ("Joint Motion").

The Court reviewed the parties' Settlement Agreement and Release of Claims [Doc. 26-1] ("Settlement Agreement") to determine its adequacy and consistency with the requirements of the Fair Labor Standards Act, 29 U.S.C. § 216. See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982). Based on its review of the parties' Settlement Agreement and the record in this case, the Court concludes: (1) the terms of the Settlement Agreement are a fair, reasonable, and adequate resolution of this action; and (2) the Settlement

Agreement was reached in an adversarial context where both parties had legal representation.

Upon consideration of the parties' Joint Motion, the Court **ORDERS** that the payment of the settlement amounts and attorney's fees shall be made as provided in the Settlement Agreement. Except as stated in the Settlement Agreement, each party shall bear its own costs of litigation, including attorney's fees.

Accordingly, the Court **GRANTS** the parties' Joint Motion for Approval of Settlement Agreement [Doc. 26] and **APPROVES** the parties' Settlement Agreement and Release of Claims and hereby **DISMISSES** all claims in the above-styled action.[1]

**IT IS SO ORDERED** this 30th day of June, 2017.

_____
MARK H. COHEN
United States District Judge

---

[1] Defendant's Motion to Dismiss [Doc. 15] is **DENIED AS MOOT**.